UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Dr. Gerald Finkel As Chairman Of The Joint Industry Board Of The Electrical Industry

**INDEX#: CV12-0025**

against

*Plaintiff(s)*

Allran Electric Of N.Y. LLC And Selim Rusi

*Defendant(s)*

# AFFIDAVIT OF SERVICE

State of New York      }
County of New York    }  ss.:

The undersigned, being duly sworn, deposes and says;
Deponent is not a party herein, is over 18 years of age and resides in Old Bridge, New Jersey

That on **1/10/2012** at **9:44 AM** at **120 Broadway, 36th Fl., New York, NY 10271**
deponent served a(n) **Summons In A Civil Action And Complaint**
on **Selim Rusi**,
by delivering thereat a true copy of each to **Lisa Wojcik [Co-Worker]**, a person of suitable age and discretion. Said premises is defendant's actual place of business within the state.

Within 20 days of such delivery, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business at **120 Broadway, 36th Fl., New York, NY 10271** and deposited said envelope in an offical depository under the exclusive care and custody of the U.S. Postal Service within New York State. The Envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.
Mailed Copy on **1/12/2012** at **11:40 AM**
**c/o Allran Electric Of N.Y. LLC**

Description of Person Served:
Gender: Female
Skin:  White
Hair: Blonde
Age: 22 - 35 Yrs.
Height: 5' 4" - 5' 8"
Weight:131-160 lbs
Other: Glasses

MILITARY SERVICE:  Person spoken to was asked whether the recipient was in the military service of the State of New York or the United States and received a negative reply.  Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
12th day of January, 2012

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2015

Andrew Botwinick
License No.1305403